UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS S. MAXWELL, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MOAB INVESTMENT GROUP, LLC, et al.,<br><br>    Defendants. | Case No. 14-cv-03095-JD<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), the above captioned case is referred to Judge William H. Orrick to determine whether it is related to Case No. 3:13-cv-03957-WHO, *Maxwell et al v. Deutsche Bank National Trust Company et al*.

**IT IS SO ORDERED.**

Dated: July 9, 2014

_____
JAMES DONATO
United States District Judge