UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS S. MAXWELL, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MOAB INVESTMENT GROUP, LLC, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-03095-WHO<br><br>**ORDER TO SHOW CAUSE AND RESETTING HEARING DATE**<br><br>Re: Dkt. Nos. 12, 14, 15 |

On July 11, 2014, plaintiffs filed a notice of voluntary dismissal. Docket No. 14. Five days later defendants filed a motion to dismiss. Docket No. 12. The motion to dismiss is DENIED as MOOT in light of the voluntary dismissal of this case.

Defendants also filed and noticed for hearing on September 3, 2014, a motion for sanctions and to declare plaintiffs vexatious litigants. Docket No. 15. That motion remains at issue, despite the voluntary dismissal. Plaintiffs' opposition to the motion for sanctions was due July 31, 2014, but as of today's date no opposition or response has been filed.

IT IS ORDERED, the hearing on the motion for sanctions is moved to **September 17, 2014**. Plaintiffs must Show Cause by filing a response to the sanctions motion on or before **August 27, 2014**. Defendants' reply is due September 3, 2014.

**IT IS SO ORDERED**.

Dated: August 15, 2014



WILLIAM H. ORRICK
United States District Judge